NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, California 91367
Tel: (818) 347-3333
ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HERRERA, et al.<br>Plaintiff(s),<br>v.<br>COUNTY OF SAN BERNARDINO and DOES 1–10<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs THOMAS HERRERA and KIMBERLY KEITH or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| THOMAS HERRERA - individually and as successor-in-interest to NICOLAS KEITH | Plaintiff |
| KIMBERLY KEITH - individually and as successor-in-interest to NICOLAS KEITH | Plaintiff |
| COUNTY OF SAN BERNARDINO | Defendant |
| DOES 1–10 | Defendants |

November 4, 2026
Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs