JAMES S. TERRELL, (SBN 170409)
Law Office of James S. Terrell
15411 Anacapa Road
Victorville, CA 92392
Tel.760-951-5850 Fax.760-952-1085
E-mail: jim@talktoterrell.com

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Ste. 310
Woodland Hills, California 91367
Tel: (818) 347-3333

SHARON J. BRUNNER, (SBN: 229931)
Law Office of Sharon J. Brunner
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel. (760) 243-9997. Fax.(760) 843-8155
E-mail: sharonjbrunner@yahoo.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

THOMAS HERRERA and KIMBERLY KEITH, in each case individually and as successor-in-interest to NICOLAS KEITH

Plaintiff,

v.

COUNTY OF SAN BERNARDINO and DOES 1–10,

Defendants.

Case No.:

**DECLARATION OF THOMAS HERRERA AS SUCCESSOR IN INTEREST TO NICOLAS KEITH**

**C.C.P. § 377.32**

## C.C.P. § 377.32 DECLARATION OF THOMAS HERRERA

I, Thomas Herrara, do hereby declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I am the natural father of decedent Nicolas Keith.

3. Decedent Nicolas Keith passed away on May 12, 2026 in the County of San Bernardino, California.

4. No proceeding is now pending in California for the decedent's estate. Further, no proceeding for admission of the decedent's estate is pending in any other state court at this time.

5. The declarant is decedent's successor in interest (as defined in Sections 377.11 and 377.60(b)(1)) of the California Code of Civil Procedure and succeeds to the decedent's interest in the action or proceeding.

6. No other persons have a superior right to commence this action or proceeding or to be substituted for Decedent in this pending action or proceeding.

7. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Thomas Herrara declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on the 18 day of September 2026 in Lucerne Valley.

[signature]

Thomas Herrara

CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BERNARDINO

## DEPARTMENT OF PUBLIC HEALTH

451 E. VANDERBILT WAY, SAN BERNARDINO, CA 92408

**CERTIFICATE OF DEATH**

STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

STATE FILE NUMBER: 3052026112137
LOCAL REGISTRATION NUMBER: 3202636006214

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): NICOLAS
2. MIDDLE: THOMAS
3. LAST (Family): KEITH
AKA. ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):
4. DATE OF BIRTH mm/dd/ccyy: 02/11/1992
5. AGE Yrs.: 34
IF UNDER ONE YEAR: Months / Days
IF UNDER 24 HOURS: Hours / Minutes
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES? [ ] YES [X] NO [ ] UNK
12. MARITAL STATUS/SRDP* (at Time of Death): NEVER MARRIED
7. DATE OF DEATH mm/dd/ccyy: 05/12/2026
8. HOUR (24 Hours): 0135
13. EDUCATION – Highest Level/Degree (see worksheet on back): HS GRADUATE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) [X] YES MEXICAN [ ] NO
16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): MEXICAN AMERICAN, WHITE
17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: HEAVY EQUIPMENT MECHANIC
18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.): TRUCKING
19. YEARS IN OCCUPATION: 1

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location): 32050 HWY. 18
21. CITY: LUCERNE VALLEY
22. COUNTY/PROVINCE: SAN BERNARDINO
23. ZIP CODE: 92356
24. YEARS IN COUNTY: 34
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: KIMBERLY DIANE KEITH, MOTHER
27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip): 32050 HWY 18, LUCERNE VALLEY, CA 92356

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP*–FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF PARENT–FIRST: THOMAS
32. MIDDLE: DAVID
33. LAST (BIRTH NAME): HERRERA
34. BIRTH STATE: CA
35. NAME OF PARENT–FIRST: KIMBERLY
36. MIDDLE: DIANE
37. LAST (BIRTH NAME): KEITH
38. BIRTH STATE: CA

**FUNERAL DIRECTOR/ LOCAL REGISTRAR**

39. DISPOSITION DATE mm/dd/ccyy: 06/05/2026
40. PLACE OF FINAL DISPOSITION: RES: KIMBERLY DIANE KEITH, 32050 HWY 18, LUCERNE VALLEY, CA 92356
41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: BIG BEAR MORTUARY
45. LICENSE NUMBER: FD1290
46. SIGNATURE OF LOCAL REGISTRAR: SHARON WANG, DO
47. DATE mm/dd/ccyy: 05/29/2026

**PLACE OF DEATH**

101. PLACE OF DEATH: RESIDENCE
102. IF HOSPITAL, SPECIFY ONE: [ ] IP [ ] ER/OP [ ] DOA
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [X] Other
104. COUNTY: SAN BERNARDINO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 32461 MORSE LANE
106. CITY: LUCERNE VALLEY

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events -- diseases, injuries, or complications -- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

IMMEDIATE CAUSE (Final disease or condition resulting in death) (A): PENDING — Time Interval Between Onset and Death (AT): --
Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
(B): — (BT):
(C): — (CT):
(D): — (DT):

108. DEATH REPORTED TO CORONER? [X] YES [ ] NO — REFERRAL NUMBER: 702603319
109. BIOPSY PERFORMED? [ ] YES [X] NO
110. AUTOPSY PERFORMED? [X] YES [ ] NO
111. USED IN DETERMINING CAUSE? [X] YES [ ] NO
112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: --
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.): NO
113A. DECEDENT PREGNANT IN LAST YEAR? [ ] YES [X] NO [ ] UNK

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy — Decedent Last Seen Alive (B) mm/dd/ccyy
115. SIGNATURE AND TITLE OF CERTIFIER:
116. LICENSE NUMBER:
117. DATE mm/dd/ccyy:
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [X] Pending Investigation [ ] Could not be determined
120. INJURED AT WORK? [ ] YES [ ] NO [ ] UNK
121. INJURY DATE mm/dd/ccyy:
122. HOUR (24 Hours):
123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.):
124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury):
125. LOCATION OF INJURY (Street and number, or location, and city, and zip):
126. SIGNATURE OF CORONER / DEPUTY CORONER: MARLENE E. LEYVA
127. DATE mm/dd/ccyy: 05/22/2026
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: MARLENE E. LEYVA, DEP CORONER

| STATE REGISTRAR | A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO } SS

DATE ISSUED JUN 2 9 2026

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.

SHARON WANG, DO
COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS

00345890 0

This copy not valid unless prepared on engraved border displaying the date, seal and signature of Registrar.

PRNCO (Rev) 12/25

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE